# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE M.B., et al., | Case No. 2:19-cv-01911 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

### STIPULATED CONSENT TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT
### FOR DEFENDANT THE OHIO STATE UNIVERSITY

Pursuant to Local Rule 6.1(a), plaintiffs John Doe M.B., John Doe R.F., John Doe S.G., John Doe D.L., and John Doe J.S., and defendant The Ohio State University ("Ohio State") hereby stipulate to a 21-day extension for Ohio State to move, answer, or otherwise plead in response to plaintiffs' Complaint, up to, and including, August 26, 2019.  No prior extensions have been sought or granted with respect to Ohio State, and the requested extension does not exceed 21 days.

Respectfully submitted,

/s/ Sanford A. Meizlish
by /s/ Michael H. Carpenter
per email authorization (8/1/19)
Sanford A. Meizlish (0002620) (Trial Attorney)
Jason C. Cox (0095169)
Barkan Meizlish DeRose Wentz McInerney Peifer, LLP
250 E. Broad Street, 10th Floor
Columbus, OH 43215
Phone: (614) 221-4221
Fax: (614) 744-2300
smeizlish@barkanmeizlish.com
jcox@barkanmeizlish.com

Robert J. Lantzy (*pro hac vice*)
29000 Inkster Road, Ste. 150
Southfield, MI 48034
Phone: (248) 569-4646
Fax: (248) 569-6737
robert@buckfirelaw.com

Counsel for Plaintiffs John Doe M.B., John Doe R.F., John Doe S.G., John Doe D.L., and John Doe J.S.

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Stephen E. Dutton (0096064)
CARPENTER LIPPS AND LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com
dutton@carpenterlipps.com

Special Counsel for Defendant The Ohio State University

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on August 2, 2019. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
Trial Attorney for
Defendant The Ohio State University