# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE M.B., et al., | Case No. 2:19-cv-01911 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

### DEFENDANT THE OHIO STATE UNIVERSITY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE, ANSWER, OR OTHERWISE PLEAD TO FIRST AMENDED COMPLAINT PENDING MEDIATION

Pursuant to Rules 6(b)(1)(A) and 15(a)(3) of the Federal Rules of Civil Procedure, Local Rule 6.1(a) and Judge Watson's Standing Orders governing motions for extensions of time, defendant The Ohio State University ("Ohio State") respectfully moves this Court to enter an Order clarifying that the Court's August 26, 2019 order granting Defendant The Ohio State University's Unopposed Motion to Extend Deadlines to Move, Answer, or Otherwise Plead to Complaints Pending Mediation in the above-captioned action (ECF No. 22) also applies to the First Amended Complaint filed subsequent to the order on September 5, 2019 (ECF No. 23).

The August 26, 2019 Order extended "all deadlines to move, answer, or otherwise plead to the complaints . . . until such time as the parties have concluded their mediation efforts and the Court has set a deadline for Ohio State to respond to the complaints" in the above-captioned action and the following cases which have been consolidated for purposes of mediation: *Michael DiSabato, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02237; *Michael Heifferon v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02429; and *John Does 37-66 v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-03165.  Subsequent to the entry of

August 26, 2019 Order, plaintiffs in the above-captioned action filed their First Amended Complaint on September 5, 2019 (ECF No. 23).

Ohio State now seeks an order clarifying that the Court's August 26, 2019 order granting Defendant The Ohio State University's Unopposed Motion to Extend Deadlines to Move, Answer, or Otherwise Plead to Complaints Pending Mediation in the above-captioned action (ECF No. 22) also applies to the First Amended Complaint in the above-captioned action, such that Ohio State's deadline to move, answer, or otherwise plead to the First Amended Complaint (ECF No. 23) is extended during the pendency of mediation until such time as the parties have concluded their mediation efforts and the Court has set a deadline for Ohio State to respond to the First Amended Complaint.

Counsel for Ohio State were able to confer with counsel for plaintiffs related to the instant Motion. Plaintiffs do not oppose the relief requested in this Motion. A Proposed Order is attached.

        DAVID A. YOST
        ATTORNEY GENERAL OF OHIO

By:   /s/ Michael H. Carpenter
      Michael H. Carpenter (0015733) (Trial Attorney)
      Timothy R. Bricker (0061872)
      David J. Barthel (0079307)
      Stephen E. Dutton (0096064)
      CARPENTER LIPPS AND LELAND LLP
      280 Plaza, Suite 1300
      280 North High Street
      Columbus, OH 43215
      E-mail: carpenter@carpenterlipps.com
            bricker@carpenterlipps.com
            barthel@carpenterlipps.com
            dutton@carpenterlipps.com

Special Counsel for Defendant The Ohio State University

**CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing was filed electronically on September 19, 2019. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

          /s/ Michael H. Carpenter
          Trial Attorney for
          Defendant The Ohio State University