THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE M.B., et al., | ) | Case No. 2:19-cv-01911 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT THE OHIO STATE UNIVERSITY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE, ANSWER, OR OTHERWISE PLEAD TO FIRST AMENDED COMPLAINT PENDING MEDIATION**

Upon review of Defendant The Ohio State University's Unopposed Motion To Extend Deadline To Move, Answer, Or Otherwise Plead To First Amended Complaint Pending Mediation, Doc. __, for good cause shown, **IT IS HEREBY ORDERED THAT:**

(1) The August 26, 2019 Order granting Defendant The Ohio State University's Unopposed Motion to Extend Deadlines to Move, Answer, or Otherwise Plead to Complaints Pending Mediation in the above-captioned action (ECF No. 22) also applies to the First Amended Complaint filed on September 5, 2019 (ECF No. 23).

(2) The deadline to move, answer, or otherwise plead to the First Amended Complaint in the above-captioned action, which has been consolidated for purposes of mediation with *Brian Garrett, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:18-cv-00692, *Steve Snyder-Hill, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:18-cv-00736, *Michael DiSabato, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02237, *Michael Heifferon v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02429, *Nicholas Nutter, et al. v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-02462, and *John Does 37-66 v. The Ohio State University*, S.D. Ohio Case No. 2:19-cv-03165, is hereby extended during the pendency of mediation until

such time as the parties have concluded their mediation efforts and the Court has set a deadline for Ohio State to respond to the First Amended Complaint.

**IT IS SO ORDERED.**

**Dated:** _____   _____
**ELIZABETH P. DEAVERS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**